**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   DARRIS T. COOK, | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Bky. No. 13-15986 ELF |
| | : | |
| **DARRIS T. COOK,** | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 14-00345 ELF |
| **CAMDEN CITY MUNICIPAL COURT/ PENN CREDIT, et al.,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, upon consideration of Defendant City of Camden's Motion to Dismiss the Debtor's Complaint ("the Motion") (Doc. # 4) and the Debtor's Answer in response thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Motion is **GRANTED.**

2. The City of Camden shall be treated as Defendant in this adversary proceeding in lieu of the Camden City Municipal Court/Penn Credit.

3. Judgment is entered in favor of Defendant City of Camden and against Plaintiff-Debtor Darris T. Cook.

Date: **March 17, 2015**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc: Darris T. Cook
    1422 Belleview Avenue
    Camden, NJ 08103